IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil Action No. 07-1415 |
| ) | |
| ONE MOSSBERG SHOTGUN AND ) | |
| ONE MARLIN RIFLE ) | |
| ) | |
| Defendant. ) | |

## JUDGMENT AND FINAL ORDER OF FORFEITURE

AND NOW, this 31 day of March, 2008, it is hereby ORDERED, ADJUDGED, and DECREED that the Defendant Firearms be, and hereby are, forfeited to the United States of America free and clear of all right, title and interest of any person or entity.

It is further ORDERED, ADJUDGED, and DECREED that since no claims or answers have been filed, the Drug Enforcement Administration's seizure of the Defendant Firearms shall constitute the arrest of the Defendant Firearms for purposes of this forfeiture case.

It is further ORDERED, ADJUDGED, and DECREED that advertising is hereby waived.

_____
United States District Court